**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6005**

---

JOAN CICCHIELLO,

        Plaintiff - Appellant,

    v.

MS. SLINKA, Individually and official capacity,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:24-cv-00123-GMG-RWT)

---

Submitted:  April 10, 2025                      Decided:  April 15, 2025

---

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Joan Cicchiello, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joan Cicchiello appeals the district court's order dismissing her complaint because she did not file it on a court-approved form. We have reviewed the record and discern no reversible error. At the district court's instruction, Cicchiello refiled her complaint on the appropriate form and the district court clerk docketed the complaint under a new civil action number. Cicchiello's new complaint is currently pending in the district court. *See Cicchiello v. Slinka*, N.D. W. Va. No. 3:24-cv-00152-GMG-RWT. Thus, Cicchiello suffered no prejudice. Accordingly, we affirm the district court's order. *Cicchiello v. Slinka*, No. 3:24-cv-00123-GMG-RWT (N.D. W. Va. Dec. 19, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*